IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DAVID BENARD SMITH (ROLLINS),
    Plaintiff,

vs.                                Case No.: 1:05cv121/MMP/EMT

ALACHUA COUNTY JAIL, et al.,
    Defendants.

## REPORT AND RECOMMENDATION

       This cause is before the court upon referral from the clerk. Plaintiff commenced this action by filing a civil rights complaint under 42 U.S.C. § 1983 (Doc. 1). On November 17, 2005, this court entered an order (Doc. 12) giving Plaintiff thirty (30) days in which to file an amended complaint. Plaintiff failed to respond to the order, therefore, on December 28, 2005, the court issued an order requiring Plaintiff to show cause, within twenty (20) days, why this action should not be dismissed for failure to comply with an order of the court (Doc. 13). The time for compliance with the show cause order has now elapsed with no response from Plaintiff.

       Accordingly, it is respectfully **RECOMMENDED**:

       That this case be **DISMISSED WITHOUT PREJUDICE** for Plaintiff's failure to comply with an order of the court.

       At Pensacola, Florida, this 24th day of January 2006.

                                       /s/ *Elizabeth M. Timothy*
                                       **ELIZABETH M. TIMOTHY**
                                       **UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy thereof. A copy of objections shall be served upon all other parties. Failure to object may limit the scope of appellate review of factual findings.** *See* **28 U.S.C. § 636;** <u>United States v. Roberts</u>**, 858 F.2d 698, 701 (11th Cir. 1988).**